B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF TEXAS

In re <u>Denton Lone Oak Holdings, L.P.</u>
      Debtor

Case No. _____

Chapter __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| See attached | | | | |

Date: __03/15/10__

                    */s/ Gaylord Hall*
                        Debtor
By: Gaylord Hall, Sole Member of
the G.P. of the Debtor

*[Declaration as in Form 2]*

| Name of Creditor and Mailing Address | Creditor Contact | Nature of Claim | Contingent, un-liquidated | Amount of Claim |
|---|---|---|---|---|
| Acxential Business Solutions, Inc. P.O. Box 118450 Carrollton, TX 75011-8450 | Unknown | | Unknown | 3,123.56 |
| American Hotel Register Company 16458 Collections Center Dr. Chicago, IL 60693 | Unknown | | Unknown | 5,744.16 |
| Ben E. Keith P.O. Box 901001 7650 Will Rogers Blvd. Fort Worth, TX 76101 | Unknown | | Unknown | 2,773.66 |
| Charter Communications P.O. Box 790256 St. Louis, MO 63179-0256 | Unknown | | Unknown | 2,564.84 |
| City of Denton Tax Office 601 E. Hickory Suite F Denton, TX 76205 | Unknown | 2009 Taxes | Unknown | 11,405.20 |
| City of Denton P.O. Box 660150 Dallas, TX 75266-0150 | Unknown | | Unknown | 8,471.37 |
| Denton Lawn Sprinkler, Inc. P.O. Box 50118 Denton, TX 76206-0118 | Unknown | | Unknown | 2,612.05 |

| | | | | |
|---|---|---|---|---|
| Ecolab<br>P.O. Box 70343<br>Chicago, IL 60673-0343 | Unknown | | Unknown | 2,183.48 |
| Edward Don & Company<br>2562 Payshphere Circle<br>Chicago, IL 60674 | Unknown | | Unknown | 2,029.81 |
| Hagar Restaurant Service, Inc.<br>1229 West Main St.<br>Oklahoma City, OK 73106 | Unknown | | Unknown | 3,914.64 |
| Intercontinental Hotels Corp.<br>P.O. Box 101074<br>Atlanta, GA 30392-1074 | Unknown | | Unknown | 61,192.90 |
| Micros<br>P.O. Box 23747<br>Baltimore, MD 21203-5747 | Unknown | | Unknown | 5,890.86 |
| Midland Loan Services, Inc.<br>P.O. Box 25965<br>Shawnee Mission, Kansas<br>66225-5965 | Unknown | | Unknown | 106,085.59 |
| Riney Palter, PLLC<br>5949 Sherry Lane Suite 1616<br>Dallas, TX 75225-8009 | Unknown | | Unknown | 19,719.50 |
| Staples Business Advantage P.O. Box 83689<br>Chicago, IL 60696-3689 | Unknown | | Unknown | 4,102.25 |

| Creditor | Col2 | Col3 | Col4 | Amount |
|---|---|---|---|---|
| Star Media Group<br>P.O. Box 1717<br>Denton, TX 76202 | Unknown | | Unknown | 5,060.00 |
| Sterling National Bank Lease Dept.<br>P.O. Box 1570<br>Church Street Station<br>New York, NY 10008-1570 | Unknown | | Unknown | 2,127.00 |
| Thomas O Bailey & Associates<br>6060 N. Central Expressway<br>Suite 400<br>Dallas, TX 75206 | Unknown | | Unknown | 44,450.00 |
| US Foodservice<br>P.O. Box 843202<br>Dallas, TX 75284-3202 | Unknown | | Unknown | 8,072.88 |
| Verizon Southwest<br>P.O. Box 920041<br>Dallas, TX 75392-0041 | Unknown | | Unknown | 25,985.03 |