**From:** Thomas Mock [mailto:tmock@wlmattys.com]
**Sent:** Monday, June 07, 2010 11:13 AM
**To:** Russell W. Mills
**Cc:** 'J.R. Lacey'; Chandra L. Reeves; Jason Katz; Gerald P. Urbach
**Subject:** RE: Denton Lone Oak BK Reorg Plan

Russell:

Below is the requested information re: the owners submitting the bid for the interest in Denton Lone Oak Holdings, LP.

1. Rainier-Lacey Partnership, a Texas general partnership, consisting of Rainier Income & Growth Fund III, LLC & J. R. Lacey, or its designee will be bidding to purchase all of the ownership interests in the Debtor. The Rainier-Lacey Partnership is owned 50% by Rainier and 50% by Lacey, subject to certain priority rights to distributions as agreed by Rainier & Lacey.

2. Rainier currently owns a 10% direct interest in the Debtor (i.e., Denton Lone Oak Holdings, LP), subject to certain priority rights to distributions as described in the Amended & Restated Limited Partnership Agreement of Denton Lone Oak Holdings, LP. Lacey currently owns a 16% indirect interest in the Debtor through his 30% direct ownership interest in Teasley Partners, Ltd. and indirect ownership interest in Lone Oak Hospitality, Ltd., subject to certain priority rights to distributions as described in the Amended & Restated Limited Partnership Agreement of Denton Lone Oak Holdings, LP and the Limited Partnership Agreement of Lone Oak Hospitality, Ltd.

3. Rainier is currently a Class B Limited Partner in the Debtor. Lacey holds an indirect interest in Debtor as a Class A Limited Partner through his indirect ownership in Lone Oak Hospitality, Ltd. and direct ownership in Teasley Partners, Ltd.

This may be more info than you need, but I wanted to give you as complete a picture as I could re: the existing relationship to the Debtor of the owners of the bidder. If you have any questions or need any additional information, please call or email me.


Best Regards,

Tom Mock
Whaley, Letteer & Mock
13760 Noel Road, Suite 840
Dallas, Texas 75240
972-488-3850

EXHIBIT C

This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT. This message is also covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521 and is legally privileged. If you are not the intended recipient, you are hereby notified that any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please delete all electronic copies of this message and its attachments and immediately notify Whaley, Letteer & Mock, P.C. at 972.488.3883.