IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DENTON LONE OAK HOLDINGS, | § | CASE NO. 10-40836-11-btr |
| L.P., | § | (Chapter 11) |
| | § | |
| Debtor. | § | |

**FIRST SUPPLEMENTAL OBJECTION OF TASK FORCE
LOGISTICS, INC. TO DEBTOR'S DISCLOSURE STATEMENT**

TASK FORCE LOGISTICS, INC. ("**TFL**"), a creditor and party-in-interest, in the above referenced case, files this *First Supplemental Objection of Task Force Logistics, Inc. to Debtor's Disclosure Statement*, as follows:

In addition to the objections contained in TFL's *Objection to Debtor's Disclosure Statement* filed on July 12, 2010, TFL objects that the Disclosure Statement fails to (a) disclose, demonstrate, or explain how the Debtor could be in bankruptcy when the amount of $1.231 million was loaned to Teasley Partners, Ltd. by TFL and Task Force Logistics International, Ltd. on or about July 9, 2009, which was to have been used by Teasley Partners, Ltd., a limited partner in the Debtor, for the Debtor's business and financial operations, and (b) disclose or account for the use of such funds by Debtor and/or the disposition of such funds.

Dated: July 13, 2010.

        Respectfully submitted,

        CANTEY HANGER LLP


        By:    /s/ Bruce W. Akerly
                Bruce W. Akerly
                Texas Bar No, 00953200

        1999 Bryan Street, Suite 3330
        Dallas, Texas 75201
        (214) 978-4129 Telephone

        ATTORNEYS FOR TASK FORCE LOGISTICS, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing pleading was served on those entitled to service by electronic submission and, specifically the following on this 13th day of July, 2010.

Russell W. Mills
Jason M. Katz
HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.
15303 Dallas Parkway, Suite 700
Addison, Texas 75001

/s/ Bruce W. Akerly
Bruce W. Akerly