| CASE NAME: | |
|---|---|
| Denton Lone Oak Holdings, L.P. | |
| CASE: | |
| 10-40836 | |
| JUDGE: | |

ACCRUAL BASIS

2/13/1995

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
MONTHLY OPERATING REPORTS
MONTH ENDING: MAY 31, 2010

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (ACCURAL BASIS-1 THROUGH ACCURAL BASIS-7) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

President / CEO
TITLE

Joseph DePalma
PRINTED NAME OF RESPONSIBLE PARTY

7/15/2010
DATE

PREPARER:

_____
ORIGINAL SIGNATURE OF PREPARER

Chief Operating Officer
TITLE

Lori Muggler
PRINTED NAME OF PREPARER

7/15/2010
DATE

| CASE NAME: Denton Lone Oak Holdings, L.P. | | ACCRUAL BASIS-1 | | |
|---|---|---|---|---|
| CASE: 10-40836 | | 2/13/1995 | | |

| COMPARATIVE BALANCE SHEET | | | | | |
|---|---|---|---|---|---|
| ASSETS | | SCHEDULE AMOUNT | MONTH April | MONTH May | MONTH June |
| 1. | UNRESTRICED CASH | | | | |
| 2. | RESTRICTED CASH | | $299,388.00 | $399,147.49 | $288,506.33 |
| 3. | TOTAL CASH | | $299,388.00 | $399,147.49 | $288,506.33 |
| 4. | ACCCOUNTS RECEIVABLE, NET | | $136,192.60 | $43,107.05 | $122,486.96 |
| 5. | INVENTORY | | $14,271.32 | $12,060.18 | $11,683.42 |
| 6. | NOTES RECEIVABLE | | | | |
| 7. | PREPAID EXPENSES | | $11,954.53 | $13,113.14 | $16,468.35 |
| 8. | OTHER (ATTACH LIST) | | $1,000.00 | $1,000.00 | $3,573.00 |
| 9. | TOTAL CURRENT ASSETS | | $462,806.45 | $468,427.86 | $442,718.06 |
| 10. | PROPERTY, PLANT, & EQUIPMENT | | | | |
| 11. | LESS: ACCUMULATED DEPRECIATION/ DEPLETION | | | | |
| 12. | NET PROPERTY, PLANT & EQUIPMENT | | | | |
| 13. | DUE FROM INSIDERS | | | | |
| 14. | OTHER ASSETS - NET OF AMORTIZATION (ATTACH LIST) | | | | |
| 15. | OTHER (ATTACH LIST) | | | | |
| 16 | TOTAL ASSETS | | $462,806.45 | $468,427.86 | $442,718.06 |

| | POSTPETITION LIABILITIES | | | | | |
|---|---|---|---|---|---|---|
| 17. | ACCOUNTS PAYABLE | | | $68,015.12 | $61,610.71 | $52,679.56 |
| 18. | TAXES PAYABLE | | | $43,683.14 | $51.87 | $70.64 |
| 19. | NOTES PAYABLE | | | | | |
| 20. | PROFESSIONAL FEES | | | $15,000.00 | $37,500.00 | $47,500.00 |
| 21. | SECURED DEBT | | | | | |
| 22. | OTHER (ATTACH LIST) | | | $72,648.49 | $124,814.74 | $141,824.17 |
| 23. | TOTAL POSTPETITION LIABILITIES | | | $199,346.75 | $223,977.32 | $242,074.37 |
| | PREPETITION LIABILITIES | | | | | |
| 24. | SECURED DEBT | 11536938.1 | | | | |
| 25. | PRIORITY DEBT | 59601.23 | | | | |
| 26. | UNSECURED DEBT | 285686.99 | | | | |
| 27. | OTHER (ATTACH LIST) | | | | | |
| 28. | TOTAL PREPETITION LIABILITIES | 11882226.32 | | | | |
| 29. | TOTAL LIABILITIES | | | $199,346.75 | $223,977.32 | $242,074.37 |
| | EQUITY | | | | | |
| 30. | PREPETITION OWNERS' EQUITY | | | $132,110.48 | $132,110.48 | $132,110.48 |
| 31. | POSTPETITION CUMULATIVE PROFIT OR (LOSS) | | | $131,349.22 | $112,340.06 | $68,533.21 |
| 32. | DIRECT CHARGES TO EQUITY (ATTACHMENT EXPLANATION) | | | | | |
| 33. | TOTAL EQUITY | | | $263,459.70 | $244,450.54 | $200,643.69 |
| 34. | TOTAL LIABILITIES & OWNERS' EQUITY | | | $462,806.45 | $468,427.86 | $442,718.06 |
| | | | | $0.00 | $0.00 | $0.00 |

| CASE NAME: | | | ACCRUAL BASIS-2 | |
|---|---|---|---|---|
| Denton Lone Oak Holdings, L.P. | | | | |
| CASE: | | | 2/13/1995 | |
| 10-40836 | | | | |

| INCOME STATEMENT | | MONTH | MONTH | MONTH | QUARTER total |
|---|---|---|---|---|---|
| REVENUES | | April | May | June | |
| 1. | GROSS REVENUES | $380,063.81 | $231,608.08 | $150,049.66 | $761,721.55 |
| 2. | LESS: RETURNS & DISCOUNTS | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. | NET REVENUE | $380,063.81 | $231,608.08 | $150,049.66 | $761,721.55 |
| COSTS OF GOODS SOLD | | | | | |
| 4. | MATERIAL | $22,128.41 | $14,355.78 | $9,238.78 | $45,722.97 |
| 5. | DIRECT LABOR | $70,771.69 | $73,192.11 | $49,520.69 | $193,484.49 |
| 6. | DIRECT OVERHEAD | $52,377.23 | $33,494.67 | $36,271.71 | $122,143.61 |
| 7. | TOTAL COST OF GOODS SOLD | $145,277.33 | $121,042.56 | $95,031.18 | $361,351.07 |
| 8. | GROSS PROFIT | $234,786.48 | $110,565.52 | $55,018.48 | $400,370.48 |
| OPERATING EXPENSES | | | | | |
| 9. | OFFICER / INSIDER COMPENSATION | $21,000.00 | $28,500.00 | $16,000.00 | $65,500.00 |
| 10. | SELLING & MARKETING | $15,523.12 | $15,587.17 | $12,278.08 | $43,388.37 |
| 11. | GENERAL & ADMINISTRATIVE | $41,570.38 | $38,640.20 | $31,579.05 | $111,789.63 |
| 12. | RENT & LEASE | $3,982.57 | $4,317.77 | $4,055.16 | $12,355.50 |
| 13. | OTHER (ATTACH LIST) | $47,338.77 | $42,529.54 | $34,588.04 | $124,456.35 |
| 14. | TOTAL OPERATING EXPENSES | $129,414.84 | $129,574.68 | $98,500.33 | $357,489.85 |
| 15. | INCOME BEFORE NON-OPERATING INCOME & EXPENSE | $105,371.64 | ($19,009.16) | ($43,481.85) | $42,880.63 |
| OTHER INCOME & EXPENSE | | | | | |
| 16. | NON-OPERATING INCOME (ATT. LIST) | | | | |
| 17. | NON-OPERATING EXPENSE (ATT. LIST) | | | | |
| 18. | INTEREST EXPENSE | | | | |
| 19. | DEPRECIATION / DEPLETION | | | | |
| 20. | AMORTIZATION | | | | |
| 21. | OTHER (ATTACH LIST) | | | | |
| 22. | NET OTHER INCOME & EXPENSES | $0.00 | $0.00 | $0.00 | $0.00 |
| REORGANIZATION EXPENSES | | | | | |
| 23. | PROFESSIONAL FEES | | | | |
| 24. | U. S. TRUSTEE FEES | $325.00 | | $325.00 | $650.00 |
| 25. | OTHER (ATTACH LIST) | | | | |
| 26. | TOTAL REORGANIZATION EXPENSES | | | | |
| 27. | INCOME TAX | | | | |
| 28. | NET PROFIT (LOSS) | $105,046.64 | ($19,009.16) | ($43,806.85) | $42,230.63 |

| CASE NAME: Denton Lone Oak Holdings, L.P. | | | ACCRUAL BASIS-3 | |
|---|---|---|---|---|
| CASE: 10-40838 | | | 2/13/1995 | |

| CASH RECEIPTS AND DISBURSEMENTS | MONTH April | MONTH May | MONTH June | QUARTER TOTAL |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $122,679.88 | $299,388.00 | $399,147.49 | $122,679.88 |
| **RECEIPTS FROM OPERATIONS** | | | | |
| 2. CASH SALES | $338,181.75 | $256,533.73 | $167,749.24 | $762,464.72 |
| **COLLECTIONS OF ACCOUNTS RECEIVABLE** | | | | |
| 3. PREPETITON | $12,925.27 | $223.74 | $1,421.29 | $14,570.30 |
| 4. POSTPETITION | $3,256.21 | $93,481.42 | $10,933.74 | $107,671.37 |
| 5. TOTAL OPERATING RECEIPTS | $354,363.23 | $350,238.89 | $180,104.27 | $884,706.39 |
| **NON-OPERATING RECEIPTS** | | | | |
| 6. LOANS & ADVANCES (ATTACH LIST) | | | | |
| 7. SALE OF ASSETS | | | | |
| 8. OTHER (ATTACH LIST) | $91,248.76 | | | $91,248.76 |
| 9. TOTAL NON-OPERATING RECEIPTS | $91,248.76 | $0.00 | $0.00 | $91,248.76 |
| 10. TOTAL RECEIPTS | $445,611.99 | $350,238.89 | $180,104.27 | $975,955.15 |
| 11. TOTAL CASH AVAILABLE | $568,191.87 | $649,626.89 | $579,251.76 | $1,098,535.03 |
| **OPERATING DISBURSEMENTS** | | | | |
| 12. NET PAYROLL | $89,365.84 | $65,900.09 | $52,534.01 | $207,799.94 |
| 13. PAYROLL TAXES PAID | $27,165.78 | $19,478.73 | $14,778.18 | $61,422.69 |
| 14. SALES, USE & OTHER TAXES PAID | $17,983.60 | $38,917.44 | $13,993.18 | $70,894.22 |
| 15. SECURED / RENTAL / LEASES | $5,906.48 | $4,610.42 | $4,270.88 | $14,787.78 |
| 16. UTILITIES | $9,525.05 | $20,897.26 | $31,962.44 | $62,384.75 |
| 17. INSURANCE | $15,679.81 | $9,210.60 | $9,210.60 | $34,101.01 |
| 18. INVENTORY PURCHASES | $27,404.62 | $14,116.01 | $10,394.72 | $51,915.35 |
| 19. VEHICLE EXPENSES | $0.00 | | | $0.00 |
| 20. TRAVEL | $0.00 | $25.00 | | $25.00 |
| 21. ENTERTAINMENT | $90.51 | $126.31 | $62.19 | $279.01 |
| 22. REPAIRS & MAINTENANCE | $8,892.75 | $3,083.65 | $10,633.81 | $22,610.21 |
| 23. SUPPLIES | $18,111.98 | $4,608.03 | $6,291.44 | $29,011.45 |
| 24. ADVERTISING | $2,857.82 | $1,440.91 | $2,998.13 | $7,296.86 |
| 25. OTHER (ATTACH LIST) | $40,670.61 | $56,739.95 | $42,091.90 | $139,502.46 |
| 26. TOTAL OPERATING DISBURSEMENTS | $263,654.85 | $239,154.40 | $199,221.48 | $702,030.73 |
| **REORGANIZATION EXPENSES** | | | | |
| 27. PROFESSIONAL FEES | $3,000.00 | $11,000.00 | $6,000.00 | $20,000.00 |
| 28. U.S. TRUSTEE FEES | | $325.00 | $325.00 | $650.00 |
| 29. OTHER (ATTACH LIST) | $2,149.02 | | $85,198.95 | $87,347.97 |
| 30. TOTAL REORGANIZATION EXPENSES | $5,149.02 | $11,325.00 | $91,523.95 | $107,997.97 |
| 31. TOTAL DISBURSEMENTS | $268,803.87 | $250,479.40 | $290,745.43 | $810,028.70 |
| 32. NET CASH FLOW | $299,388.00 | $399,147.49 | $288,506.33 | $288,506.33 |
| 33. CASH - END OF MONTH | $299,388.00 | $399,147.49 | $288,506.33 | $288,506.33 |

| CASE NAME: Denton Lone Oak Holdings, L.P. | | ACCRUAL BASIS - 4 | | |
|---|---|---|---|---|
| CASE: 10-40836 | | 2/13/1995 | | |

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH April | MONTH May | MONTH June |
|---|---|---|---|---|
| 1. 0 - 30 | | $103,494.09 | $14,432.10 | $6,895.73 |
| 2. 31 - 60 | | $3,219.75 | $14,970.59 | $5,256.53 |
| 3. 61 - 90 | | 9733.08 | $2,232.13 | $9,941.39 |
| 4. 91 + | | | $9,733.08 | $10,951.81 |
| 5. TOTAL ACCOUNTS RECEIVABLE | | $116,446.92 | $41,367.90 | $33,045.46 |
| 6. AMOUNT CONSIDERED UNCOLLECTABLE | | $0.00 | | |
| 7. ACCOUNTS RECEIVABLE, NET | | $116,446.92 | $41,367.90 | $33,045.46 |

AGING OF POSTPETITON TAXES AND PAYABLES  MONTH: June

| TAXES PAYABLE | 0 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | 91 + DAYS | TOTAL |
|---|---|---|---|---|---|
| 1. FEDERAL | | | | | $0.00 |
| 2. STATE | $9,464.97 | | | | $9,464.97 |
| 3. LOCAL | $21,182.97 | | | | $21,182.97 |
| 4. OTHER (ATTACH LIST) | | | | | $0.00 |
| 5. TOTAL TAXES PAYABLE | $30,647.94 | | | | $30,647.94 |
| 6. ACCOUNTS PAYABLE | $38,819.87 | | | | $38,819.87 |

STATUS OF POSTPETITION TAXES  MONTH: June

| FEDERAL | BEGINNING TAX LIABILITY | AMOUNT WITHHELD AND/OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| 1. WITHHOLDING | $0.00 | $2,773.89 | $2,773.89 | $0.00 |
| 2. FICA - EMPLOYEE** | $0.00 | $4,622.38 | $4,622.38 | $0.00 |
| 3. FICA - EMPLOYER** | $0.00 | $4,622.38 | $4,622.38 | $0.00 |
| 4. UNEMPLOYMENT | $0.00 | $221.27 | $221.27 | $0.00 |
| 5. INCOME | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. OTHER (ATTACH LIST) | $0.00 | $0.00 | $0.00 | $0.00 |
| 7. TOTAL FEDERAL TAXES | $0.00 | $12,239.92 | $12,239.92 | $0.00 |
| STATE AND LOCAL | | | | |
| 8. WITHHOLDING | 0 | $0.00 | $0.00 | $0.00 |
| 9. SALES | 0 | $0.00 | $0.00 | $0.00 |
| 10. EXCISE | 0 | $0.00 | $0.00 | $0.00 |
| 11. UNEMPLOYMENT | 0 | $2,538.26 | $2,538.26 | $0.00 |
| 12. REAL POPERTY | 0 | $0.00 | $0.00 | $0.00 |
| 13. PERSONAL PROPERTY | 0 | $0.00 | $0.00 | $0.00 |
| 14. OTHER (ATTACH LIST) | 0 | $0.00 | $0.00 | $0.00 |
| 15. TOTAL STATE & LOCAL | $0.00 | $2,538.26 | $2,538.26 | $0.00 |
| 16. TOTAL TAXES | $0.00 | $14,778.18 | $14,778.18 | $0.00 |

The beginning tax liability should represent the liability from the prior month or, if this is the first operating report, this amount should be zero.

Attach photocopies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit.

| CASE NAME: | | ACCRUAL BASIS - 5 |
|---|---|---|
| Denton Lone Oak Holdings, L.P. | | |
| CASE: | | 2/13/1995 |
| 10-40838 | | |

The debtor in possession must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposit, government obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets if necessary.

| | | | MONTH: | June | |
|---|---|---|---|---|---|
| BANK RECONCILIATIONS | | Account #1 | Account #2 | Account #3 | |
| A. | BANK | Wells Fargo | Wells Fargo | Wells Fargo | |
| B. | ACCOUNT NUMBER | 814751445 | 8147514452 | 8147514437 | TOTAL |
| C. | PURPOSE (TYPE): | Operating | Managers | Beverage | |
| 1. | BALANCE PER BANK STATEMENT | 143267.54 | 6267.54 | $8,304.10 | $157,839.18 |
| 2. | ADD: TOTAL DEPOSITS NOT CREDITED | 12288.75 | | | $12,288.75 |
| 3. | SUBTRACT: OUTSTANDING CHECKS | -6825.31 | ($4,643.48) | ($592.10) | ($12,060.89) |
| 4. | OTHER RECONCILING ITEMS | | | | $0.00 |
| 5. | MONTH END BALANCE PER ITEMS | $148,730.98 | $1,624.06 | $7,712.00 | $158,067.04 |
| 6. | NUMBER OF LAST CHECK WRITTEN | 1737 | 540 | 110 | |

| INVESTMENT ACCOUNTS | | Account #1 | Account #2 | Account #3 | |
|---|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUME | | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. | ACCOUNT NUMBER | 5739062726 | | | |
| 8. | PURPOSE (TYPE): | Reserve | | | |
| 9. | BALANCE PER BANK STATEMENT | 126239.29 | | | |
| 10. | ADD: TOTAL DEPOSITS NOT CREDITED | | | | |
| 11. | TOTAL INVESTMENTS | $126,239.29 | | | |

| CASH | | | | | |
|---|---|---|---|---|---|
| 12. | CURRENCY ON HAND | 4200 | | | |
| 13. | TOTAL CASH - END OF MONTH | $288,506.33 | | | |

| CASE NAME: | | ACCRUAL BASIS-6 |
|---|---|---|
| Denton Lone Oak Holdings, L.P. | | |
| CASE: | | 2/13/1995 |
| ID-90536 | | |
| | | MONTH: June |

### PAYMENTS TO INSIDERS AND PROFESSIONALS

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE) AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE, TRAVEL, CAR ALLOWANCE, ETC.) ATTACH ADDITIONAL SHEETS IF NECESSARY

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTH. PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. Michael Massey & Asso. | | $5,000 | $5,000 | $5,000 | $0 |
| 2. DePalma Hotel Corporation | | $21,000 | $15,000 | $9,000 | $6,000 |
| 4. | | $0 | | | |
| 5. | | $0 | | | |
| 6. TOTAL PAYMENTS TO PROFESSIONALS | | $0 $26,000 | $20,000 | $14,000 | $6,000 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| 1. Polar Sales & Leasing | $509 | $486 | $486 |
| 2. Sterling National Bank Leasing | $2,171 | $4,124 | |
| 3. Tygns Vendor Finance Inc. | $572 | $865 | |
| 4. Alamo Leasing | $796 | $0 | |
| 5. | | | |
| 6. TOTAL | $4,048 | $5,475 | $486 |

| CASE NAME: | | ACCRUAL BASIS-7 | |
|---|---|---|---|
| Denton Lone Oak Holdings, L.P. | | | |
| CASE: | | 2/13/1995 | |
| 10-40836 | | | |
| | | MONTH: | June |

**QUESTIONNAIRE**

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2 | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4 | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5 | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7 | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9 | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10 | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11 | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY

**INSURANCE**

| | | YES | NO |
|---|---|---|---|
| 1 | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3 | PLEASE ITEMIZE POLICIES BELOW | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

**INSTALLMENT PAYMENTS**

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMT & FREQUENCY |
|---|---|---|---|
| Workers Comp | Travelers | May 1 - May 31, 2010 | 2380.42 / Monthly |
| | | | |
| | | | |
| | | | |
| | | | |

CASE NAME:
Denton Lone Oak Holdings, L.P.
CASE:
10-40836

ATTACHED LIST TO JUNE 2010 REPORT

| Report Name | Item # | Amount | Explanation |
|---|---|---|---|
| Comparative Balance Sheet | 22 | $141,824.17 | Accrued Salaries, Payroll Taxes, Operating Expenses, Utilities, Property Insurance, Franchise Fees and Guest Deposits |
| Income Statement | 13 | $12,380.04 | Holiday Inn Franchise Fees |
| Income Statement | 13 | $3,575.00 | Accrual for Property Insurance |
| Income Statement | 13 | $18,633.00 | Accrual for Real Estate Taxes |
| Cash Receipts and Disbursements | 25 | $10,507.98 | DHC - Management Fees and Reimbursements |
| Cash Receipts and Disbursements | 25 | $1,608.85 | Payroll Check |
| Cash Receipts and Disbursements | 25 | $340.00 | Hcareers |
| Cash Receipts and Disbursements | 25 | $338.36 | M3 - Accounting Software Support |
| Cash Receipts and Disbursements | 25 | $23,091.64 | IHG - Franchise Fees |
| Cash Receipts and Disbursements | 25 | $176.10 | Wells Fargo - Bank Service Charges |
| Cash Receipts and Disbursements | 25 | $4,487.69 | Wells Fargo - Credit Card Fees |
| Cash Receipts and Disbursements | 25 | $813.04 | Payroll Check |
| Cash Receipts and Disbursements | 25 | $392.75 | ADP Fees |
| Cash Receipts and Disbursements | 25 | $597.37 | ADP Fees |
| Cash Receipts and Disbursements | 25 | -$252.09 | Overage |
| Cash Receipts and Disbursements | 25 | -$9.79 | |
| | | $42,091.90 | Interest for Reserve Account |
| Cash Receipts and Disbursements | 29 | $85,198.95 | Sent to Lender as Cash Disbursement |

Total $345,794.96