UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| **DENTON LONE OAK HOLDINGS, L.P.** § | |
| § | Case No. 10-40836 |
| Debtor. § | |

## ORDER APPROVING THE DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT DATED JULY 21, 2010 ALLOWING SOLICITATION OF ACCEPTANCE AND REJECTION OF FIRST AMENDED PLAN BASED ON APPROVED DISCLOSURE STATEMENT, NOTICE OF HEARING ON CONFIRMATION OF THE FIRST AMENDED PLAN, VOTING AND OBJECTION DEADLINE

On July 22, 2010, the Court held a hearing to consider the adequacy of the Debtor's First Amended Disclosure Statement dated July 21, 2010, which appears on the docket at Document No. 117 (the "Amended Disclosure Statement"), filed in connection with the Debtor's First Amended Plan of Reorganization, dated July 21, 2010, which appears on the docket at Document No. 118 (the "Amended Plan").  Holiday Hospitality Franchising, Inc., Task Force Logistics, Ltd., and Morgan Stanley Mortgage Capital Holdings, LLC filed objections (the "Objections") to the Debtor's Disclosure Statement dated June 7, 2010 [Doc. No. 85].  The Debtor announced that the Amended Disclosure Statement had been filed resolving the Objections and that the Objections had been resolved or withdrawn.  After reviewing the Amended Disclosure Statement and the Amended Plan, the Court finds that the Amended Disclosure Statement contains adequate information pursuant to 11 U.S.C. §1125 and that the Amended Disclosure Statement should be approved.  It is therefore:

**ORDERED ADJUDGED AND DECREED** that the Amended Disclosure Statement filed by the Debtor is hereby **APPROVED** and the Debtor is authorized to solicit acceptances

and rejections to the Amended Plan based on the approved Amended Disclosure Statement; and it is

**FURTHER ORDERED, ADJUDGED AND DECREED** that the following deadlines shall apply to confirmation of the Amended Plan: **September 13, 2010 at 5:00 p.m. CDT**, is fixed as the last day for filing and serving ballots accepting or rejecting the Amended Plan (the "Ballot"); **September 9, 2010 at 5:00 p.m. CDT,** is fixed as the last day for filing and serving written objections to the Amended Plan pursuant to Federal Rules of Bankruptcy Procedure 3017(a) and 3020(b)(1) (the "Plan Objections"); **September 6, 2010 at 5 p.m. CDT** is fixed as the last day for filing objections to the cure amounts applicable to the Debtor's leases and executory contracts identified in Section 10.1 of the Plan (the "Cure Objections"). All Ballots, Plan Objections and Cure Objections shall be mailed or faxed to the Debtor's counsel at the following address and must be received by the applicable date and time:

Russell W. Mills
Jason M. Katz
Hiersche, Hayward, Drakeley & Urbach, P.C.
15303 Dallas Parkway, Suite 700
Addison, Texas 75001
(972) 701-7000
(972) 701-8765 (fax)
rmills@hhdulaw.com
jkatz@hhdulaw.com

; and it is

**FURTHER ORDERED, ADJUDGED AND DECREED** that **September 16, 2010 at 10:00 a.m. CDT** is hereby set as the date and time for hearing on confirmation of the Amended Plan.

Signed on 7/29/2010

*Brenda T. Rhoades* SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE