# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| In re: § | |
| § | Chapter 11 |
| **DENTON LONE OAK HOLDINGS, L.P.** § | |
| § | Case No. 10-40836 |
| Debtor. § | |
| § | Hearing Date: September 16, 2010 @ 10:00 a.m. |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the Joint Motion of Debtor and TFL: (I) For Order Continuing Hearing on Debtor's First Amended Plan of Confirmation and Motion of Morgan Stanley For Relief From Automatic Stay; and (II) For Order Continuing Exclusivity Period and Brief in Support [Docket No. 161] ("Motion") has been scheduled for hearing on **Thursday, September 16, 2010** at **10:00 a.m.** before the Honorable Judge Brenda T. Rhoades, United States Bankruptcy Judge, Eastern District of Texas, Sherman Division located at the Wells Fargo Bank building located at 660 North Central Expressway, Suite 300B, Plano, Texas 75074.

        Respectfully submitted,

        HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.

        By: */s/ Jason M. Katz*
           Russell W. Mills, SBN 00784609
           Jason M. Katz, SBN 24038990

        15303 Dallas Parkway, Suite 700
        Addison, Texas 75001
        Ph: 972/701-7000
        Fax: 972/701-8765

        **ATTORNEYS FOR DENTON LONE OAK HOLDINGS, LP**

## CERTIFICATE OF SERVICE

      This is to certify that on September 13, 2010, a true and correct copy of the foregoing document was served *via* ECF and/or by first class United States mail to the to the parties on the attached Master Service List (as of 9.01.10).

                                            */s/ Jason M. Katz*
                                            *Jason M. Katz*