IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DENTON LONE OAK HOLDINGS, L.P., | § § | CASE NO. 10-40836-11-btr (Chapter 11) |
| | § | |
| Debtor. | § § | |

**COMMENT WITH RESPECT TO DEBTOR'S**
**SECOND AMENDED DISCLOSURE STATEMENT**

TASK FORCE LOGISTICS, INC. ("**TFL**"), a creditor and party-in-interest, in the above referenced case, files this *Comment With Respect to Debtor's Second Amended Disclosure Statement*, as follows:

To the extent Debtor's Second Amended Disclosure Statement implies that TFL does not have a lien claim against the hotel which is its primary asset (the "**Property**"), TFL maintains the Second Amended Disclosure Statement is not accurate. Whether and to what extent TFL retains a lien against the Property is the subject of that certain adversary action styled *Task Force Logistics, Inc. v. Denton Lone Oak Holdings, L.P., et. al.*, Adv. No. 10-4173, which is pending before the Court for determination.

Dated: October 4, 2010.

        Respectfully submitted,

        CANTEY HANGER LLP

        By:    /s/ Bruce W. Akerly
                Bruce W. Akerly
                Texas Bar No, 00953200

        1999 Bryan Street, Suite 3330
        Dallas, Texas 75201
        (214) 978-4129 Telephone

        ATTORNEYS FOR TASK FORCE LOGISTICS, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing pleading was served on those entitled to service by electronic submission and, specifically the following on this 4th day of October, 2010.

Russell W. Mills
Jason M. Katz
HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.
15303 Dallas Parkway, Suite 700
Addison, Texas 75001

        /s/ Bruce W. Akerly
        Bruce W. Akerly