

```
10 OCT -5 AM 10: 15
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

In re: §
§ Chapter 11 .
DENTON LONE OAK HOLDINGS, L.P. §
§ Case No. 10-40836
    Debtor. §

**NOTICE RESCINDING, NOTICE OF FILING OF SECOND AMENDED DISCLOSURE STATEMENT AND SETTING OF HEARING DATE AND OBJECTION DEADLINE DUE TO THE INEFFECTIVE CONSUL AND CONFLICT OF INTEREST DUE TO JURISDICTION**

    IN ADDITION PLEASE TAKE NOTICE: that all intrested parties are to cease and desist immediately from all actions upon the filing of this notice with clerk, due to the fact that Gaylord Hall requests and demand that this UNITED STATES BANKRUPTCY COURT SHERMAN DIVISION be rescinded, vacated, and rescission due to the facts stated and incorporated by this notice and Application with affidavit on file with the Clerk in which support this Notice. I revoke rescind all power of attorney and signatures relating to any and all contracts relating to Denton Lone Oak Holdings, L.P. as it relate to the above reference cause and Demand a full accounting from Russell W. Mills and the chapter 11 Trustee who is no longer representing the interest of Denton lone Oak Holdings, L.P. on my behalf. All other interested parties are to Notify Gaylord Hall directly.

    PLEASE-TAKE NOTICE: that a hearing has been set for October 5, 2010, at 1:00 p.m. (Central Time) before the Honorable Brenda T. Rhoades, United States Bankruptcy Judge, 660 North Central Expressway, Plano, Texas 75074 (the "Bankruptcy Court") to consider approval of the Second Amended Disclosure Statement for the Second Amended Plan of Reorganization (as may be amended, modified, or supplemented, the "Disclosure Statement") filed by Denton Lone Oak Holdings, L.P. (the "Debtor") on September 16, 2010.

    PLEASE TAKE FURTHER NOTICE that copies of the Disclosure Statement, with the proposed Second Amended Plan of Reorganization attached as an exhibit, may be obtained without charge upon request to Debtor's counsel at the address given below. All documents filed in this case may also be viewed (a) during regular business hours (9:00 a.m. to 4:00 p.m Central Time weekdays, except legal holidays) at the U.S. Bankruptcy Court for the Eastern District of Texas, Suite 300B, 660 North Central Expressway, Plano, Texas 75074 and (b) electronically on the PACER system at https:/ecf.txeb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Disclosure Statement shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, shall set forth the name of the objector, the nature and amount of any claims or interests held or asserted by the objector against the Debtor's estate, the basis for the objection, and the specific grounds, and shall be filed with the Clerk of the Bankruptcy Court (address above) together with the proof of service thereof, and served upon Debtor's counsel and all other parties requesting notice via U.S. Mail, so as to be received on or before October 1, 2010, at 5:00 p.m. (Central Time). UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT.

PLEASE TAKE FURTHER NOTICE that the time fixed for the Disclosure Statement hearing may be rescheduled, as determined by the Bankruptcy Court. Notice of the rescheduled date or dates, if any, will only be provided by an announcement at the Disclosure Statement hearing, or any adjourned Disclosure Statement hearing.

Dated: September 17, 2010       Rescinded Date: October 03, 2010

*Certificate of Service*

Russell W. Mills, SBN 00784609
Jason M. Karz, SBN 24038990
15303 Dallas Parkway, Suite 700
Addison, Texas 75001
Ph. 972/701-7000
Fax: 972/701-8765

Also: Chapter 11 Trustee

X _Gaylord Hall_
Gaylord Hall / Affiant
7750 Walnut Hill Ln.
#1096
Dallas, TX 75230

# JURAT

State of Texas

County of Dallas

Subscribed and sworn to (or affirmed) before me on this 5th day of October, 2010, by Gaylord Hall, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (seal)
Notary Public

NICOLE L. JOHNSON
Notary Public, State of Texas
My Commission Expires
January 27, 2014