O

Gaylord Hall, etc.,
7750 Walnut Hill Lane
# 1096
Dallas, Texas 75230

CRRR_____

OFFICE OF THE CLERK
UNITED STATES BANKRUPTCY COURT
Suite 300B
600 North Central Expressway
Plano, Texas 75074

   Re: Bankruptcy Proceeding No.: 10-40836 Chapter: 11 Judge: Brenda T.
 Rhoades/Officer, Officers, Agents, Assignees and associates sitting in and for the
  The State of Texas.

Please Take Notice: That Gaylord Hall has reserved all right which is fully stated and incorporated by and through the attached Affidavit supporting this Notice and The affidavit of Truth filed in the deed of records in two County within the State of Texas.

PLEASE TAKE NOTICE: That all violators will be in agreement to all claims within administrative compliance and both civil and criminal claims.

PLEASE TAKE NOTICE: That all actions cease and desist related to the above Bankruptcy due to lack of Jurisdiction and that all acts be rescission and/or vacated for all reasons stated and incorporated by affidavit in support thereof in which is proper for all reasons stated in the Bill of Rights under the original Constitution of the United States of America (1776). (In the first ten amendments)

PLEASE TAKE NOTICE: That Gaylord Hall revoke all powers of Attorneys related to the above reference matters (Bankruptcy) and has it relates to all of his personal and real property. Gaylord Hall in addition requests a full investigation on a

conflict of interest concerning equal Justice and all cases related to JP Morgan & Chase Co., etc. due to wrongful foreclosures and requesting of forensic accounting.

*Gaylel Hall*
Interested party/affiant

## CERTIFICATE OF SERVICE

I certified that a true and correct copy has been sent to the following interested Parties by certified mail returned receipt requested;

Russell Mills
15303 Dallas pkwy.
Sute 700
Addison, Texas 75001

Tim O' Neal
110 N. College
Suite 300
Tyler, Texas 75702

UNITED STATES BANKRUPTCY COURT
It's, Officers, Agents, Assignees, and Associates (ion)
Suite 300B
660 North Central Expressway
Plano, Texas 75074

*Gaylel Hall*
Interested party/affiant

# AFFIDAVIT SUPPORTING NOTICE TO VACATE AND RESCINDING OF BANKRUPTCY IN THE NORTHERN DISTRICT IN THE DALLAS DIVISION

**STATE OF TEXAS**        *

                              *       **KNOW ALL MEN BY THESE PRESENTS**

                              *

**COUNTY OF DALLAS**     *

BEFORE ME, the undersigned authority on this day personally appeared, Affiants who being by me duly sworn, deposes and says an oath as follows:

That I am, Gaylord Hall who is an individual who is a citizen of the United States Of America operating in the STATE OF TEXAS.

1. That I am of lawful age an am competent to make this Affidavit.

2. That I have personal knowledge of the facts stated herein.

3. That this sworn Affidavit is made as a matter of record my right in my own proper person under the Constitution of the United States of America.

4. That I have rights which are inalienable and were endowed by my Creator and secured by the Constitution of the United States of America, Bill of Rights and the Declaration of Independence.

5. That I do not waive any of my rights at this time **nor do I intend to waive any of my rights under any jurisdiction** and as it relates to documents of freedom concerning my common law rights under the Constitution of the United States of America.

6. That I am acting in my own proper person with explicit reservation of my rights "without prejudice" pursuant to uniform commercial Code 1-308 and UCC 1-305 and such designation being filed within this Affidavit.

7. Affiant request and desire that this affidavit becomes judgment for all other reasons stated within this oath and that any instrument that has the intent to harm my persons be void.

8. Affiant hereby rescind and revoke all power of attorney relating to any persons, firms, corporations and political entities as of the date of this affidavit (oath) that has been executed and witnessed by the above authority sitting in for the State of Texas.

9. Affiant hereby rescind any contractual agreements by implied or written contracts and request that any and all other agreements must be agreed upon by my wet signature from the date of this affidavit.

**Affiant request and desire that any third party who interferes without contesting this oath (Affidavit) with a counter oath( Affidavit) under penalty of perjury will be agreeing to a full criminal investigation and admitting to the value of $500,000.00 per interference which will include documents that is mailed or certified through and by the U.S. mail or private carrier.**

Affiant request and desire that this is my Notice all interested parties that I have this Uncontested Affidavit concerning the rescinding of Document.

**Please Take Notice: That this Notice is in receipt of your document entitled, as stated in the above referenced matter.**

**Please Take Notice: That the above reference document is in breach of the agreement and certificate of Limited Partnership of Lone Oak Hospitality LTD. due to the fact parties' failure to include or omit and follow proper procedure relating to the agreement (in which all parties have in their possession).**

**Please Take Notice: That the following parties upon receipt have 10 days to dispute or refute this Notice supported by Affidavit in support thereof. If not disputed or refuted, all parties are in full agreement that the referenced document is null, void, vacated and rescinded and have no effect as fully stated in this notice supported by affidavit.**

| J. R. Lacey | Glenn Gunter | Gaylord Hall |
|---|---|---|
| 16306 East Lakeshore Drive | 3111 E. Slick Rock Rd. | P.O. Box 742407 |
| Austin, Texas 78734 | Washington, UT 84780 | Dallas, TX 75374 |

Affiant request and desire that this Uncontested Affidavit is Judgment under common law and under the uniform commercial code, and cannot be set aside by the judiciary (a private jurisdiction)

**WHEREAS**, the eternal and unchanging principles of the laws of Commerce are:

1. A matter must be expressed to be resolved.

2. In Commerce, truth is sovereign

3. Truth is expressed in the form of an Affidavit

4. An unrebutted Affidavit stand as truth in Commerce

5. **An unrebutted Affidavit becomes Judgment in commerce.**

6. An Affidavit of Truth, under commercial Law, can only be satisfied:

   (a) through a rebuttal Affidavit of Truth, point by point;
   (b) by payment;
   (c) by agreement; or
   (d) by resolution of a jury by the rules of common law

7. A workman is worthy of his hire.

8. All are equal under the law.

The Foundations of Commercial Law is based upon certain eternally just, valid, and moral precepts and truth, which have remained unchanged for at least six thousand (6000) years, having its roots in the Mosaic law, Said Commercial Law forms the underpinnings of Western Civilization, if not all Nations, Law, and Commerce in the world. **Commercial Law is non-judicial, and is prior and superior to, the basis of, and cannot be set aside or overruled by the statues of any governments, Legislatures, Governmental or Quai-Governmental Agencies, Courts, Judges and Law Enforcement agencies which are under an inherent obligation to uphold said commercial Law.**

I declare under penalty of perjury the Laws of the United States of America, that the foregoing is true, correct, complete, and not misleading and contains the truth, and nothing but the truth to my knowledge and belief.

_____
Affiant/

# JURAT

State of Texas

County of Dallas

**Subscribed and sworn to** (or affirmed) before me on this 21 day of October, 2010____, by Gaylord Hall____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Julia M Juarez_ (seal)
Notary Public

JULIA JUAREZ
Notary Public, State of Texas
My Commission Expires
July 29, 2014