# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **IN RE:** | Case No. 10-40836 btr |
| Denton Lone Oak Holdings, LP | Chapter: 11 |
| 1434 Centre Place Drive | |
| Denton, TX 76205 | |
| TAX ID NO: 26-0563254 | |
| Debtor(s) | |

## ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT

**TO THE DEBTOR, ITS CREDITORS, AND OTHER PARTIES IN INTEREST:**

A Disclosure Statement and a Plan under Chapter 11 of the Bankruptcy Code having been filed by **Denton Lone Oak Holdings, LP** on **November 19th, 2010.**

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN, THAT:**

1. The hearing to consider the approval of the Disclosure Statement shall be held at:
   Plano - U. S. Bankruptcy Court
   Suite 300B
   660 North Central Expressway
   Plano , TX   75074
   on - **January 10th, 2011 at 10:30 am**

2. **January 3rd, 2011** is fixed as the last day for filing and serving in accordance with Federal Rules of Bankruptcy Procedure 3017(a) written objections to the Disclosure Statement.

3. Within **14** days after entry of this order, the Debtor shall distribute the Disclosure Statement and Plan <u>ONLY</u> to the Debtor, Trustee, any appointed committee and it's counsel, the Securities and Exchange Commission, and to all parties who have filed a Notice of Appearance with the Court in accordance with Fed. R. Bankr. P. 3017(a).

4. Requests for copies of the Disclosure Statement and Plan shall be directed to:
   **Russell W. Mills**
   **Attorney at Law**
   **15303 Dallas Pkwy**
   **Suite 700**
   **Dallas, TX 75001**

Signed on 11/22/2010

_Brenda T. Rhoades_    SR
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE